**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **PHYLLIS MARIE STROZIER,**            ) | |
|                                                                 ) | |
| **Plaintiff,**            ) | |
|                                                                 )  | **CIVIL ACTION** |
| v.                                                            ) | |
|                                                                 ) | **No. 05-2406-KHV** |
| **O'DONNELL & SONS CONSTRUCTION CO.**  ) | |
|                                                                 ) | |
| **Defendant.**            ) | |
| _____) | |

## ORDER OF DISMISSAL

This matter comes before the Court on plaintiff's Motion To Dismiss (Doc. #13) filed December 7, 2005. Plaintiff filed her complaint on September 22, 2005, and defendant has not been served or filed an answer.

**IT IS THEREFORE ORDERED** that plaintiff's Motion To Dismiss (Doc. #13) filed December 7, 2005 be and hereby is **SUSTAINED.** Plaintiff's claims are **dismissed without prejudice** pursuant to Rule 41(a)(1)(i).

Dated this 20th day of January, 2006 at Kansas City, Kansas.

 s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge